UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN TRAYLOR,<br><br>Defendant. | NO.   CR21-120 JCC<br><br>INFORMATION |

The Acting United States Attorney charges that:

### COUNT 1

**(Possession of Controlled Substances with Intent to Distribute)**

On or about February 24, 2021, in Seattle, Washington, within the Western District of Washington, MARVIN TRAYLOR did knowingly and intentionally possess, with the intent to distribute, cocaine base in the form of crack cocaine, heroin and methamphetamine, all substances controlled under Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

Information- 1
*United States v. Traylor*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about February 24, 2021, in Seattle, Washington, within the Western District of Washington, MARVIN TRAYLOR, during and in relation to the drug trafficking crime of *Possession of Controlled Substances with Intent to Distribute*, as charged in Count 1, above, did knowingly and intentionally carry a firearm, to wit, one Walther 9mm semiautomatic pistol, bearing serial number WK114238.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## ASSET FORFEITURE ALLEGATION

The allegations contained in this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, Defendant MARVIN TRAYLOR shall forfeit to the United States, pursuant to Title 21 United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense, including but not limited to: one Walther 9mm semiautomatic pistol, bearing serial number WK114238.

Upon conviction of the offense alleged in Count 2, Defendant MARVIN TRAYLOR shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and associated ammunition that were involved in the offense, including but not limited to: one Walther 9mm semiautomatic pistol, bearing serial number WK114238.

**Substitute Assets**. If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

    d.  has been substantially diminished in value; or,

Information- 2
*United States v. Traylor*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1                e.  has been commingled with other property which cannot be divided

2                   without difficulty,

3  it is the intent of the United States to seek the forfeiture of any other property of the

4  defendant, up to the value of the above-described forfeitable property, pursuant to Title

5  21, United States Code, Section 853(p).

6

7      DATED this _21st_ day of July, 2021.

8

9

10

11                            _Sarah Y. Vogel, for_
                               TESSA M. GORMAN

12                           Acting United States Attorney

13

14

15                           VINCENT T. LOMBARDI
                           Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970